# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | CIVIL ACTION NO. 3:22-CV-734 |
| v. | (MEHALCHICK, M.J.) |
| KATHERINE LAWRENCE, | |
| Defendant | |

## ORDER

**AND NOW**, this 17th day of October, 2022, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff filed a Complaint in the above-captioned matter on May 18, 2022 (Doc. 1), and the summons were issued by the Court and provided to the Plaintiffs for service on all Defendants on that same date (Doc. 2).

2. No service of the summons or the complaint has been made.

3. Unless good cause is show within **ten (10)** days from the date of this notice as to why service has not been made within the 90-day period previously ordered by this Court, this action will be **DISMISSED** without prejudice.

                                        **BY THE COURT:**

                                        *s/ Karoline Mehalchick*
                                        **KAROLINE MEHALCHICK**
                                        **United States Magistrate Judge**