

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE and/or Docket No.: |
| Plaintiff (Petitioner) | 3:22-CV-00734-KM |
| vs. | Sheriff's Sale Date: |
| KATHERINE LAWRENCE | |
| Defendant (Respondent) | |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS, COMPLAINT

I, MELINDA BOWERS, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KATHERINE LAWRENCE the above process on 9/13/2022, at 6:02 PM, at 922 KING RICHARD DR  CHARLESTON, SC 29407, County of CHARLESTON, Commonwealth of SOUTH CAROLINA:

**Manner of Service:**

☑ **Substitute** - By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no family member was found*

Name: JOHN BIRD
Relationship/Title/Position: CO-RESIDENT
Remarks: 09/13/2022 06:02:00 PM - SUBSTITUTE SERVICE ON JOHN BIRD, CO-RESIDENT.
Description: Approximate Age 46-50  Height 5ft 8in - 5ft 11in  Weight 151 lbs - 170 lbs  Race WHITE  Sex MALE
           Hair Gray

Commonwealth/State of SOUTH CAROLINA        ) SS:

County of ___Charleston___                 )

Before me, the undersigned notary public, this day, personally, appeared MELINDA BOWERS to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this 19th day of September 20 22

_____
Notary Public

File Number: USA-216041
Case ID #:  6533816