IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | No. 3:22-cv-734 |
| v. | : | |
| KATHERINE LAWRENCE | : | |
| Defendant | : | |

# ENTRY OF DEFAULT

DEFAULT is hereby entered against defendant, Katherine Lawrence, for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh, Clerk of Court

by: /s/ Dawn M. Wychock
Dated: 11/3/2022    Dawn M. Wychock
Deputy Clerk