# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs<br><br>v.<br><br>KATHERINE LAWRENCE,<br><br>        Defendants | CIVIL ACTION NO. 3:22-CV-734<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW,** this 21st day of December 2022**, IT IS HEREBY ORDERED** that the Court shall hear argument on the motion default judgment on **Thursday, January 19, 2023 at 2:00 PM** via Zoom.  The Zoom information is attached to this order.

                                                      BY THE COURT:

                                                      *s/ Karoline Mehalchick*
                                                      **KAROLINE MEHALCHICK**
                                                      **United States Magistrate Judge**

Topic: 3:22-cv-00734; United States of America v. Lawrence - Hearing on Default Judgment
Time: Jan 19, 2023 02:00 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://pamd-uscourts.zoomgov.com/j/1602494505?pwd=d2tDK1U5ZXBLVFQ1emxtUFBvOGZ2Zz09

Meeting ID: 160 249 4505
Passcode: 548826
One tap mobile
+16692545252,,1602494505#,,,,*548826# US (San Jose)
+16468287666,,1602494505#,,,,*548826# US (New York)

Dial by your location
      +1 669 254 5252 US (San Jose)
      +1 646 828 7666 US (New York)
      +1 669 216 1590 US (San Jose)
      +1 551 285 1373 US
Meeting ID: 160 249 4505
Passcode: 548826
Find your local number: https://pamd-uscourts.zoomgov.com/u/acD17lOdc3

Join by SIP
1602494505@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 249 4505
Passcode: 548826